IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA GORECKI | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No: 1:09-cv-00736 |
| | : |
| THE LIFE INSURANCE COMPANY OF NORTH AMERICA, a Subsidiary of Cigna Corporation | : |
| | : |
|     Defendant. | : |

## NOTICE OF DISMISSAL

The parties have settled the above-captioned matter and Plaintiff moves to dismiss the case with prejudice.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Scott B. Elkind, Bar 10810
                                                  Elkind & Shea
                                                  801 Roeder Rd., Ste. 550
                                                  Silver Spring, MD 20910
                                                  P: (301) 495-6665
                                                  F: (301) 565-5111
                                                  Attorney for Plaintiff