UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA GORECKI,<br><br>    Plaintiff,<br><br>v.<br><br>THE LIFE INSURANCE COMPANY<br>OF NORTH AMERICA, a Subsidiary<br>of Cigna Corporation,<br><br>    Defendant. | Civil Action No. 09-0736 (PLF) |

## ORDER

The Court has before it plaintiff's Notice of Dismissal, in which the plaintiff moves to dismiss this case with prejudice. In light of this motion, it is hereby

ORDERED that the motion to dismiss [12] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Clerk of the Court shall remove this case from the docket of this Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 1, 2009